No. 87–2128. CHAIRES v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–2130. NEAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–2131. WALDHART ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–2134. SCHNECKENBURGER v. LOUISIANA COMMISSION ON ETHICS FOR PUBLIC EMPLOYEES. Sup. Ct. La. Certiorari denied.

No. 87–2135. ISLAMIC REPUBLIC OF IRAN BROADCASTING v. BEHROOZIAN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–2136. CITIZENS BANK OF CLOVIS ET AL. v. MCLAUGHLIN, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied.

No. 87–2137. VALERO ENERGY CORP. ET AL. v. URRUTIA. C. A. 5th Cir. Certiorari denied.

No. 87–6291. PINSON v. JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN. C. A. 8th Cir. Certiorari denied.

No. 87–6430. SMITH v. YLST, SUPERINTENDENT, CALIFORNIA MEDICAL FACILITY. C. A. 9th Cir. Certiorari denied.

No. 87–6475. CARUSO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 87–6499. LEWIS v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6502. BOWMAN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.